IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANELL PRATT,**<br><br>   Petitioner,<br><br>   v.<br><br>**B. GOWER, Warden,**<br><br>   Respondent. | Case No. C 13-1225 YGR (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE** |

   GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an enlargement of time, to and including June 27, 2014, to file a response.  If petitioner wishes to file a traverse, he shall do so within 60 days of his receipt of the response.

Dated: April 18, 2014

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge

1

P:\PRO-SE\YGR\HC.13\Pratt1225.grantEOT.doc