IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANELL L. PRATT,**<br><br>                    Petitioner,<br><br>     v.<br><br>**B. GOWER, Warden,**<br><br>                    Respondent. | Case No. C 13-1225 YGR (pr)<br><br>**ORDER GRANTING RESPONDENT A SECOND EXTENSION OF TIME TO FILE RESPONSE** |

GOOD CAUSE APPEARING, it is hereby ordered that Respondent is granted a second enlargement of time, up to and including **August 26, 2014**, to file a response to the petition. If Petitioner wishes to file a traverse, he shall do so within **twenty-eight (28)** days of his receipt of the response.

Dated:   June 30, 2014

The Honorable Yvonne Gonzalez Rogers
United States District Judge

1

P:\PRO-SE\YGR\HC.13\Pratt1225.2NDgrantEOT-answer.doc