IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANELL L. PRATT,**<br><br>                               Petitioner,<br><br>        v.<br><br>**B. GOWER, Warden,**<br><br>                               Respondent. | Case No. C 13-1225 YGR (pr)<br><br>**ORDER GRANTING THIRD EXTENSION OF TIME TO FILE RESPONSE** |

   GOOD CAUSE APPEARING, it is hereby ordered that Respondent is granted a third enlargement of time, to and including **September 5, 2014**, to file a response to the habeas petition. If Petitioner wishes to file a traverse, he shall do so within **twenty-eight (28) days** of his receipt of the response.

Dated:   August 29, 2014                              _____
                                                      The Honorable Yvonne Gonzalez Rogers
                                                      United States District Judge

1

P:\PRO-SE\YGR\HC.13\Pratt1225.3RDgrantEOT-answer.doc