1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

DANELL PRATT,

        Plaintiff,

    v.

B. GOWER, WARDEN,

        Defendant.

Case No.  13-cv-01225-YGR

JUDGMENT

      For the reasons set forth in this Court's Order Denying the Petition for a Writ of Habeas Corpus and Denying Certificate of Appealability, judgment is hereby entered in favor of Respondent.  Each party shall bear his own costs.

      IT IS SO ORDERED.

Dated: March 2, 2016

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE